Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Kelsey Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ICONIC IMAGES LTD., an Ireland
Private Limited Company,

Plaintiff,

v.

RANKER, INC. a Delaware Corporation;
and DOES 1-10, inclusive,

Defendants.

Case No.:

**COMPLAINT FOR**:

1. **COPYRIGHT INFRINGEMENT**

2. **VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT**

**JURY TRIAL DEMANDED**

Plaintiff, Iconic Images, Ltd. ("Iconic" or "Plaintiff") by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

### JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

### PARTIES

4. Iconic is a private company limited organized and existing under the laws of the Republic of Ireland.

5. Plaintiff is informed and believes and thereon alleges that Defendant, Ranker, Inc., individually and doing business as "Ranker.com" ("Ranker"), is a corporation organized and existing under the laws of the state of Delaware with its principal place of business located at 6420 Wilshire Blvd., Suite 1800, Los Angeles, CA 90048, and is the owner of the website, https://www.ranker.com.

6. Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, who therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.      Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

### CLAIMS RELATED TO SUBJECT PHOTOGRAPHS 1-2

8.      Iconic represents many of the world's most renowned photographers, creating international touring exhibitions, consigning fine art prints and books to more than thirty galleries worldwide, including luxury brand fashion collaborations and editorial image licensing.

9.      Norman Parkinson ("Parkinson") was an award-winning fashion photographer who revolutionized the world of British fashion photography in the mid-1930s.  Parkinson's work regularly appeared in magazines such as Harper's Bazaar and Vogue, earning a reputation for finely produced images that combined elegance with British charm.

10.      Parkinson created the original photograph of Pattie Boyd ("Subject Photograph 1") as depicted in **Exhibit A** hereto.

11.      Subject Photograph 1 was registered with the United States Copyright Office under the registration number VA0001760656.

12.      Parkinson created the original photograph of Deborah Cavendish ("Subject Photograph 2") as depicted in **Exhibit A** hereto.

13.      Subject Photograph 2 was registered with the United States Copyright Office under the registration number VA0001760656.

14. For all times relevant to this action, Iconic has been appointed as the exclusive administrator and publisher of all copyright rights in and to Subject Photographs 1 and 2 (collectively the "Subject Photographs"). As such, Iconic is entitled to institute and maintain this action for copyright infringement. 17 U.S.C §501(b).

15. Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photographs, Ranker, DOE Defendants, and each of them used the Subject Photographs without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.ranker.com.  Screen captures of said uses are set forth in **Exhibit B** hereto.

## **FIRST CLAIM FOR RELIEF**

(For Copyright Infringement – Against all Defendants, and Each)

16. Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

17. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Photographs, including, without limitation, through (a) viewing the Subject Photographs on Plaintiff's website, (b) viewing Subject Photographs online, and (c) viewing Subject Photographs through a third party. Plaintiff further alleges that the identical nature of the copying establishes access.

18. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, used and distributed images that were unauthorized copies of the Subject Photographs and exploited said photography online.

19. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyrights by creating infringing derivative works from the Subject Photographs and by publishing and displaying the infringing

material to the public, including without limitation, through its websites or elsewhere.

20.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's rights by copying the Subject Photographs without Plaintiff's authorization or consent.

21.     Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

22.     Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's rights in the Subject Photograph. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of Plaintiff's rights in the Subject Photographs in an amount to be established at trial.

23.     Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement  and/or a preclusion from asserting certain equitable and other defenses.

## <u>SECOND CLAIM FOR RELIEF</u>

(For Vicarious and/or Contributory Copyright Infringement – Against all Defendants, and Each)

24.     Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

25.     Plaintiff is informed and believes and thereon alleges that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal

1   reproduction and distribution of the Subject Photographs as alleged hereinabove.

2   Such conduct included, without limitation, publishing photographs obtained from

3   third parties that Defendants knew, or should have known, were not authorized to be

4   published by Defendants.

5      26.   Plaintiff is informed and believes and thereon alleges that Defendants, are

6   vicariously liable for the infringement alleged herein because they had the right and

7   ability to supervise the infringing conduct and because they had a direct financial

8   interest in the infringing conduct. Specifically, Defendants, received revenue in

9   connection with the posts that incorporated the unauthorized copies of the Subject

10  Photographs, and were able to supervise the publication of said posts.

11     27.   By reason of the Defendants' acts of contributory and vicarious

12  infringement as alleged above, Plaintiff has suffered and will continue to suffer

13  substantial damages to its business in an amount to be established at trial, as well as

14  additional general and special damages in an amount to be established at trial.

15     28.   Due to Defendants' acts of copyright infringement as alleged herein,

16  Defendants, and each of them, have obtained direct and indirect profits they would

17  not otherwise have realized but for their infringement of Plaintiff's rights in the

18  Subject Photographs. As such, Plaintiff is entitled to disgorgement of Defendants'

19  profits directly and indirectly attributable to Defendants' infringement of its rights in

20  the Subject Photographs, in an amount to be established at trial.

21     29.   Plaintiff is informed and believes and thereon alleges that Defendants,

22  and each of them, have committed acts of copyright infringement, as alleged above,

23  which were willful, intentional and malicious, which further subjects Defendants,

24  and each of them, to liability for statutory damages under Section 504(c)(2) of the

25  Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00)

26  per infringement and/or a preclusion from asserting certain equitable and other

27  defenses.

28  / / /

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### **Against all Defendants, and Each:**

With Respect to Each Claim for Relief:

a.  That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Plaintiff's copyrights in the Subject Photographs, including without limitation an order requiring Defendants, and each of them, to remove any content incorporating, in whole or in part, the Subject Photographs from any print, web, or other publication owned, operated, or controlled by any Defendant.

b.  That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial, and, to the extent available, statutory damages as available under the 17 U.S.C. § 504, 17 U.S.C. § 1203 and other applicable law.

c.  That a constructive trust be entered over any revenues or other proceeds realized by Defendants, and each of them, through their infringement of Plaintiff's intellectual property rights;

d.  That Plaintiff be awarded his attorneys' fees as available under the Copyright Act U.S.C. § 505 et seq.;

e.  That Plaintiff be awarded their costs and fees under the above statutes;

f.  That Plaintiff be awarded statutory and enhanced damages under the statutes set forth above;

g.  That Plaintiff be awarded pre-judgment interest as allowed by law;

h.  That Plaintiff be awarded the costs of this action; and

     i.   That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: August 19, 2021          By:  */s/ Stephen Doniger*
                                    Stephen Doniger, Esq.
                                    Kelsey Schultz, Esq.
                                    DONIGER / BURROUGHS
                                    Attorneys for Plaintiff

# EXHIBIT A

## Subject Photograph 1



## Subject Photograph 2



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT

1

## EXHIBIT B

2

3



### Pattie Boyd

4

Eric Clapton was married to Pattie Boyd from 1979 - 1988.

5

6
*Patricia Anne Boyd (born 17 March 1944) is an English model and photographer. She was one of the leading international models during the 1960s and, with Jean Shrimpton, epitomised the British female "look" of the era. Boyd married George Harrison in 1966 and experienced the height of the Beatles' popularity as well as sharing in their embrace of Indian spirituality. She divorced Harrison in 1977. She later married Harrison's friend Eric Clapton in 1979 and they divorced in 1989. Boyd inspired Harrison's songs such as "If I Needed Someone", "Something" and "For You Blue", and Clapton's "Layla" and "Wonderful Tonight". In August 2007, Boyd published her autobiography Wonderful Today (titled Wo... ...more on*

7

8

9

10

Photo: Dovima-2010/flickr/CC-BY-NC 2.0

11

https://www.ranker.com/list/eric-clapton_s-loves-and-hookups/celebrityhookups?ref=lists_about&pos=5&a=0&l=948820&ltype=n&g=0

12

13

[https://www.ranker.com/list/eric-clapton_s-loves-and-hookups?ref=lists_about&pos=5&a=0&l=948820&ltype=n&g=0]

14

15



16

### Deborah Cavendish, Duchess of Devonshire

17

*Deborah Vivien Cavendish, Duchess of Devonshire, (born Deborah Vivien Freeman-Mitford and latterly Deborah, Dowager Duchess of Devonshire; 31 March 1920 – 24 September 2014) was an English aristocrat, writer, memoirist and socialite. She was the youngest and last surviving of the six Mitford sisters, who were prominent members of English society in the 1930s and 1940s. ...more on Wikipedia*

18

19

**Age:** Dec. at 94 (1920-2014)
**Birthplace:** Asthall Manor

20

21

22

23

24

Photo: Metaweb (FB)/GNU Free Documentation License

https://www.ranker.com/list/members-of-the-house-of-cavendish/reference?ref=search

25

26
[https://www.ranker.com/list/members-of-the-house-of-cavendish/reference?ref=search]

27

28

COMPLAINT